OPINION — AG — THE PURCHASE OF GROCERIES BY A REST HOME (OWNED AND OPERATED BY THE TOWN OF VICI, OKLAHOMA) FROM A GROCERY OWNED BY A BROTHER OF A MEMBER OF THE TOWN BOARD DOES NOT VIOLATE ANY NEPOTISM OR DISQUALIFYING INTEREST STATUTE. CITE: 62 O.S. 1961 371 [62-371], 21 O.S. 1961 355 [21-355], 21 O.S. 1961 344 [21-344], 61 O.S. 1961 26 [61-26], 11 O.S. 1961 961.29 [11-961.29], 21 O.S. 1961 481-487 [21-481] — [21-487], OPINION NO. 64-406, 61 O.S. 1951 21 [61-21] (TERRY SHIPLEY)